TIBITHA H. HAZAZER, Respondent, v. MICHAEL PRIORE, Defendant. SIXTY-SEVEN WEST FIFTY-SECOND STREET, INC., Appellant.— Order granting plaintiff's motion for examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

JOHN J. HOGAN, Respondent, v. STAR COMPANY, Appellant.— Judgment and order denying motion for new trial reversed upon the law and the facts and new trial granted, costs to abide the event, unless plaintiff, within twenty days from the entry of the order herein, stipulate that the verdict be reduced to $4,100 and the judgment modified accordingly. If such stipulation be given, the judgment as so modified, and the order, are unanimously affirmed, with costs. The testimony given by plaintiff concerning doctor's bills ($75), board ($165) and loss of wages ($660) related to special damages; and as special damages were not pleaded the testimony was inadmissible. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

In the Matter of the Application of THE MAYOR AND THE COMMON COUNCIL OF THE CITY OF YONKERS for an Order Providing for the Widening of the Bridge and Roadway Carrying McLean Avenue over the Tracks of the Main Line, Putnam Division, etc., in the City of Yonkers, New York. MAYOR AND COMMON COUNCIL OF THE CITY OF YONKERS, Appellants; NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order of the Public Service Commission dismissing petition for lack of jurisdiction affirmed, with costs. No opinion. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

In the Matter of the Application of HILLSLEY REALTY CORPORATION, Appellant, for a Mandamus Order against GUY VROMAN, as Building Inspector of the Village of Larchmont, Respondent.— Order dismissing petition for peremptory mandamus order unanimously affirmed, with fifty dollars costs. No opinion. Present — Rich, Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of PETER A. MCCABE, as Committee of MOLLIE SOLE, an Incompetent Person, etc. CAROLINE WEISSLER, Appellant; PETER A. MCCABE, as Committee, etc., Respondent.— Order denying petitioner's motion to be relieved from her purchase affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

ISLAND PARK ASSOCIATES, INC., Appellant, v. MARY A. EBERST, Defendant. O'DONOHUE PARK CORPORATION, Respondent. (Appeal No. 1.) — Order denying motion to strike cause from calendar and order granting motion for a preference affirmed on argument, without costs. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur. Settle order on notice.

ISLAND PARK ASSOCIATES, INC., Appellant, v. O'DONOHUE PARK CORPORATION, Respondent. ISAAC ZARET and MARY EBERST, Defendants. ISLAND PARK ASSOCIATES, INC., Appellant, v. MARY A. EBERST, Defendant. O'DONOHUE PARK CORPORATION, Respondent. (Appeal No. 2.) — Order denying motion to consolidate actions affirmed on argument, without costs. The appeal having been decided, the motion for a stay is dismissed. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur. Settle order on notice.

JOMAT REALTY CORPORATION, Respondent, v. NELLIE PRENDERGAST, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.